# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARIA CONSUELO CHAVEZ,
et al.,

       Plaintiffs,                                 CIV No. 00-423 JC/WWD

vs.

STATE of NEW MEXICO, et al.,

       Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment, filed July 24, 2001 (*Doc. 43*). In open court on Wednesday, December 19, 2001, the Court and the parties agreed that the Plaintiffs would have twenty (20) days from entry of this Order to file their response to Defendant's motion. Under D.N.M.LR-CIV. 7.3(a)(4), "failure of a party to serve a response within...the period to which all parties have otherwise agreed constitutes consent that briefing is complete." Accordingly, the Court grants Defendant's motion for summary judgment.

Wherefore,

IT IS ORDERED that Defendant's Motion for Summary Judgment, filed July 24, 2001 (*Doc. 43)* is GRANTED.

DATED February 6, 2002.

                                                          */s/ John Edwards Conway*
                                        _____
                                        SENIOR UNITED STATES DISTRICT JUDGE

Attorney for Plaintiffs:

    Dennis Montoya, Esq.
    Albuquerque, New Mexico

Attorney for Defendant:
    Judith Herrera
    Santa Fe, New Mexico